IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GRACE WILSON,           ) | | |
|     Plaintiff,           ) | | |
|                             ) | | |
| vs.           ) | Civil Action No. 05-511 | |
|                             ) | | |
| KUHN'S QUALITY FOODS,           ) | | |
|     Defendant.           ) | | |

O R D E R

AND NOW, this 19th day of September, 2006, after the plaintiff, Grace Wilson, filed an action in the above-captioned case, and after a motion for summary judgment was submitted by the plaintiff, and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties ten days after being served with a copy to file written objections thereto, and upon consideration of the objections filed by the defendant, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 20), which is adopted as the opinion of this Court,

IT IS ORDERED that plaintiff's motion for summary judgment (Docket No. 14) is denied.

                                                  /s/ Joy Flowers Conti
                                                  Joy Flowers Conti
                                                  United States District Judge

cc:    Counsel of Record